**No. 10-478. Sher J. Rana, Petitioner v. Toyota Motor Credit Corporation.**

562 U.S. 1065, 131 S. Ct. 666, 178 L. Ed. 2d 484, 2010 U.S. LEXIS 9345.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-485. Paul Jeffrey Davis, Petitioner v. California Board of Chiropractic Examiners.**

562 U.S. 1065, 131 S. Ct. 667, 178 L. Ed. 2d 484, 2010 U.S. LEXIS 9277.

November 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 10-498. Theresa Noren, Petitioner v. Jefferson Pilot Financial Insurance Company, et al.**

562 U.S. 1065, 131 S. Ct. 667, 178 L. Ed. 2d 484, 2010 U.S. LEXIS 9334.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 696.

**No. 10-513. Charles Blunt, Petitioner v. North Dakota.**

562 U.S. 1065, 131 S. Ct. 668, 178 L. Ed. 2d 484, 2010 U.S. LEXIS 9173.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of North Dakota denied.

Same case below, 785 N.W.2d 909.

**No. 10-532. Michael T. Nerad, Petitioner v. United States.**

562 U.S. 1065, 131 S. Ct. 669, 178 L. Ed. 2d 484, 2010 U.S. LEXIS 9333.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 69 M.J. 138.

**No. 10-554. Bradley Stinn, Petitioner v. United States.**

562 U.S. 1065, 131 S. Ct. 676, 178 L. Ed. 2d 484, 2010 U.S. LEXIS 9231.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 379 Fed. Appx. 19.

**No. 10-555. Chad Howard Person, Petitioner v. United States.**

562 U.S. 1065, 131 S. Ct. 676, 178 L. Ed. 2d 484, 2010 U.S. LEXIS 9069.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 381 Fed. Appx. 275.